ALLY FILED  Sullivan, J.

ID: 4/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANIQUA BLOW,<br><br>                       Plaintiff,<br><br>-against-<br><br>AEROGROUP INTERNATIONAL, INC.,<br><br>                       Defendant. | Index No.: 08 CV 3530 (RJS)(AJP)<br><br>**STIPULATION TO EXTEND THE DEADLINE TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Shaniqua Blow ("Plaintiff") and Defendant Aerogroup International, Inc. ("Aerogroup"), that the deadline for Defendant to answer, move or otherwise respond to Plaintiff's Complaint shall be extended from May 6, 2008 to and including June 6, 2008. No prior extensions of time have been sought or granted.

MORELLI RATNER, PC
950 Third Avenue, 11th Floor
New York, New York 10022
(212) 751-9800

By: _____
David S. Ratner (DR 7758)

ATTORNEYS FOR PLAINTIFF

Dated: April 28, 2008

JACKSON LEWIS LLP
59 Maiden Lane, 39th Floor
New York, New York 10038-4502
(212) 545-4000

By: _____
Felice B. Ekelman (FE 5692)
Liane Chinwalla (LC 5708)

ATTORNEYS FOR DEFENDANT

Dated: April 28, 2008

SO ORDERED _____
Dated: April 29, 2008
RICHARD J. SULLIVAN
U.S.D.J.