USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHANIQUA BLOW,

                    Plaintiff,

-against-

AEROGROUP INTERNATIONAL, INC.,

                    Defendant.

Index No.: 08 CV 3530 (RJS)(SP)

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

---

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Shaniqua Blow ("Plaintiff") and Defendant Aerogroup International, Inc. ("Defendant"), by and through their undersigned counsel, that the above-captioned action has been resolved by the Parties. The matter includes claims asserted under the Civil Rights Act of 1991, 42 U.S.C. §1981; the New York State Human Rights Law, New York Executive Law § 296 et seq. (the "NYSHRL"); and the Administrative Code of the City of New York, N.Y.C. Admin. Code § 8-101 et seq. ("NYCHRL"), and the resolution includes a payment of monies by Defendant to Plaintiff which includes compensatory damages and attorneys' fees.

      The parties accordingly agree that the action be and is hereby dismissed, with prejudice, with no additional award of attorneys' fees or costs by the Court to any party.

| | |
|---|---|
| MORELLI RATNER, PC<br>950 Third Avenue, 11th Floor<br>New York, New York 10022<br>(212) 751-9800<br><br>By: _____<br>Martha McBrayer (MM-7097)<br><br>ATTORNEYS FOR PLAINTIFF<br><br>Dated: June 6, 2008 | JACKSON LEWIS LLP<br>59 Maiden Lane, 39th Floor<br>New York, New York 10038-4502<br>(212) 545-4000<br><br>By: _____<br>Felice B. Ekelman (FE 5692)<br>Liane Chinwalla (LC 5708)<br><br>ATTORNEYS FOR DEFENDANT<br><br>Dated: June 6, 2008 |

SO ORDERED:

_____
Richard J. Sullivan, U.S.D.J.

Dated: June 9, 2008
New York, New York

2